THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>GLORIA FAY LUCERO,<br><br>Defendant. | CR-21-53-GF-BMM<br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 27, 2025 and July 11, 2025. (Docs. 57 and 60.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on Jun 26, 2025. (Doc. 52.) The government accused Gloria Fay Lucero (Lucero) of violating the conditions of her supervised release by: (1) consuming alcohol on or about May 21, 2025; and (2) by failing to comply with the conditions of supervision by failing to have contact with the probation officer since May 21, 2025, with her whereabouts unknown as of June 5, 2025. (Doc. 50.)

At the revocation hearing, Lucero admitted that she had violated the conditions of her supervised release by: (1) consuming alcohol on or about May 21, 2025; and (2) by failing to comply with the conditions of supervision by failing to have contact with the probation officer since May 21, 2025, with her whereabouts unknown as of June 5, 2025. (Doc. 52.)

Judge Johnston found that the violations Lucero admitted prove serious and warrants revocation, and recommended that she receive a custodial sentence of 5 months with 55 months of supervised release to follow. The Court advised Lucero of her right to appeal and to allocute before the undersigned. (Doc. 52.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 57 and 60 ) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Gloria Fay Lucero be sentenced to a term of custody of 5 months with 55 months of supervised release to follow.

DATED this 11th day of July 2025.

_____
Brian Morris, Chief District Judge
United States District Court